UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

ANTHONY RIVERA

                                 Plaintiff,

    **-v.-**

                                Civil Action No.
                                6:14-cv-422 (GLS/TWD)

ONEIDA COUNTY

                                Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                        OF COUNSEL:

**FOR THE PLAINTIFF:**

ANTHONY RIVERA
Plaintiff *Pro Se*
145 Snyder Road
Little Falls, New York 13365


GARY L. SHARPE,
CHIEF JUDGE


## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed April 28, 2015. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Therese Wiley Dancks filed April 28, 2015 (Dkt. No. 12) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the amended complaint (Dkt. No. 11) is dismissed without leave to amend; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the plaintiff by certified mail.

IT IS SO ORDERED.

Dated: May 22, 2015
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court